THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

Case No.: 1:21-cv-00309-CCE-JLW

| | |
|---|---|
| NOVANT HEALTH, INC., | ) |
| Plaintiff, | ) |
| v. | ) **LOCAL RULE 5.5 REPORT REGARDING FILING DOCUMENTS UNDER SEAL** |
| AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, | ) |
| Defendant. | ) |

1. **Certification of L.R. 5.4 Conference**: The parties have discussed the issues of confidentiality raised in this case and the potential need for filing documents under seal. That discussion included the nature of any confidential documents that may be involved in the case, the possibility of using stipulations to avoid the need to file certain documents, and the possibility of agreed-upon redactions of immaterial confidential information in filings to avoid the need for filing documents under seal.

2. **L.R. 5.4(c) Default Procedures**: At this time, the parties do not anticipate that many documents will be filed under seal. The parties agree to use the default procedures of L.R. 5.4(c) and the Court's Revised Standard Preliminary Order For All Civil Cases, [D.E. 24], for the filing of sealed documents. In addition, if the party filing the motion to seal is not the party claiming confidentiality, the filing party must meet and confer with the party claiming confidentiality as soon as practicable, but at least two

business days before filing the documents, to discuss narrowing the claim of confidentiality. The motion to seal must certify that the required conference has occurred, and the party claiming confidentiality must file supporting materials required by L.R. 5.4(c)(3) within 14 days of the motion to seal.

Respectfully submitted this 12th day of November, 2021.

| HUNTON ANDREWS KURTH LLP | TEAGUE CAMPBELL DENNIS & GORHAM, LLP |
|---|---|
| /s/ Syed A. Ahmad<br>A. Todd Brown, Sr., N.C. State Bar No. 13806<br>One South at The Plaza, Suite 3500<br>101 South Tryon Street<br>Charlotte, NC 28280<br>Telehone: (704) 378-4727<br>tbrown@huntonak.com | /s/ William A. Bulfer<br>William A. Bulfer, N.C. State Bar No. 31424<br>117 Cherry Sreet North<br>Asheville, NC 27619<br>Telephone: (919) 805-5017<br>Facsimile: (919) 873-1814<br>wbulfer@teaguecampbell.com |
| Syed S. Ahmad*<br>Latosha M. Ellis*<br>2200 pennsylvania Avenue, NW<br>Washington, DC 20037-1701<br>Telephone: (202) 955-1656<br>sahmad@huntonak.com<br>lellis@huntonak.com | Daniel T. Strong, N.C. State Bar No. 49546<br>4700 Falls of Neuse Road, Suite 450<br>Raleigh, NC 27609<br>Telephone: (919) 873-0166<br>Facsimile: (919) 873-1814<br>dstrong@teaguecampbell.com |
| Lawrence J. Bracken II*<br>Rachel E. Hudgins*<br>600 Peachtreet Street, N.E., Suite 410<br>Atlanta, GA 30308-2216<br>Telephone: (404) 888-4035<br>lbracken@huntonak.com<br>rhudgins@huntonak.com | *Attorneys for Defendant* |
| Casey L. Coffey*<br>333 SE 2nd Avenue, Suite 2400<br>Miami, FL 33131<br>Telephone: (305) 810-2500<br>ccoffey@huntonak.com | |

2

Sima Kazmir*
200 Park Avenue
New York, NY 10166
Telephone: (212) 309-1112
skazmir@huntonak.com

**By Special Appearance*
*Attorneys for Novant Health, Inc.*