| UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF NORTH CAROLINA | Case No. 1:21-CV-309 |
|---|---|
| Name of Plaintiff(s): Novant Health Inc. VERSUS Name of Defendant(s): American Guarantee and Liability | REPORT OF MEDIATOR (For Placement on the CM/ECF Docket) |
| Mediator Name: Wayne P. Huckel Telephone No: 704-491-1621 E-Mail Address: wayne@huckellaw.com | ☐ This is an Interim Report. A final report is to be filed after resumption of the mediation |

**RECEIVED** In This Office JUL 15 2022 CLERK U.S. DISTRICT COURT GREENSBORO, N.C.

1. **Convening of Mediation.** The mediated settlement conference ordered in this case:
☑ was held on July 11, 2022 (date)
☐ was NOT held because _____

2. **Attendance**
☑ No objection was made on the grounds that any required attendee was absent.
☐ Objection was made by _____

3. **Outcome**
☐ Complete settlement of the case
☐ Conditional settlement or other disposition
☐ Partial settlement of the case
☐ Recess (i.e., mediation to be resumed at a later date)
☑ Impasse
☐ Additional Information: _____

4. **Settlement Filings.**
(a) The document(s) to be filed to effect the settlement are _____
(b) The person responsible for filing the document(s) is _____
(c) The agreed deadline for filing the document(s) is _____

Submission of Report. Please submit the completed and signed report by mail to Clerk of Court, 324 W. Market St., Greensboro, NC 27401, or, if a Consent to Transfer Documents Electronically Form has been submitted, submit the signed report to medclerk@ncmd.uscourts.gov.

I have submitted this completed report with ten (10) days after conclusion of the conference.

_Wayne P. Huckel_
Mediator Signature

_July 11, 2022_
Date