# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
## Case No.: 1:21-cv-00309-CCE-JLW

| | |
|---|---|
| NOVANT HEALTH, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN GUARANTEE AND LIABILITY INSURANCE COMPANY, <br><br> Defendant. | **JOINT STIPULATION FOR DISMISSAL** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Novant Health, Inc. and American Guarantee Liability Insurance Company stipulate that all claims filed in this action are dismissed without prejudice, except that Count III of the Amended Complaint will be dismissed with prejudice. Each party will bear its own costs and expenses, including attorneys' fees.

October **7**, 2022                                         Respectfully submitted,

| | |
|---|---|
| **AKERMAN LLP** | **HUNTON ANDREWS KURTH LLP** |
| */s/ Anthony W. Morris* <br> Anthony W. Morris* <br> 999 Peachtree Street, NE, Suite 1700 <br> Atlanta, Georgia 30309 <br> Telephone: (404) 733-9809 <br> Facsimile: (404) 733-9909 <br> anthony.morris@akerman.com | /s/ *Syed S. Ahmad* <br> Syed S. Ahmad* <br> Latosha M. Ellis* <br> 2200 Pennsylvania Avenue, NW <br> Washington, DC 20037 <br> Telephone: (202) 955-1656 <br> Email: sahmad@HuntonAK.com |

**TEAGUE CAMPBELL DENNIS & GORHAM, LLP**

William A. Bulfer, N.C. State Bar No. 31424
117 Cherry Street North
Asheville, NC 27619
Telephone: (919) 805-5017
Facsimile: (919) 873-1814
wbulfer@teaguecampbell.com

Daniel T. Strong, N.C. State Bar No. 49546
4700 Falls of Neuse Road, Suite 450
Raleigh, NC 27609
Telephone: (919) 873-0166
Facsimile: (919) 873-1814
dstrong@teaguecampbell.com

*By Special Appearance*
*Attorneys for Defendant American Guarantee and Liability Insurance Company*

A. Todd Brown, Sr.
N.C. State Bar No.: 13806
One South at The Plaza, Suite 3500
101 South Tryon Street
Charlotte, NC 28280
Telephone: (704) 378-4727
Email: tbrown@HuntonAK.com

Lawrence J. Bracken II*
Rachel E. Hudgins*
600 Peachtree Street, N.E., Suite 410
Atlanta, GA 30308-2216
Telephone: (404) 888-4035
lbracken@huntonak.com
rhudgins@huntonak.com

Casey L. Coffey*
333 SE 2nd Avenue, Suite 2400
Miami, FL 33131
Telephone: (305) 810-2500
ccoffey@huntonak.com

Patrick M. McDermott*
951 East Byrd Street
Richmond, VA 23219
Telephone: (804) 788-8707
Email: pmcdermott@HuntonAK.com

*By Special Appearance*
*Attorneys for Plaintiff Novant Health, Inc.*

## CERTIFICATE OF SERVICE

I certify that on October 7, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*Syed S. Ahmad*
Syed S. Ahmad
